# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2015-0607, <u>Thomas Svoleantopoulos v. Jaye Burns</u>, the court on April 29, 2016, issued the following order:**

Having considered the brief, memorandum of law, and limited record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The defendant, Jaye Burns, appeals the order of the Superior Court (<u>McNamara</u>, J.) denying his motion to vacate a final judgment entered in favor of the plaintiff, Thomas Svoleantopoulos. In his brief, he raises a number of factual issues.

It is the burden of the appealing party, here the defendant, to provide this court with a record sufficient to decide his issues on appeal, as well as to demonstrate that he raised his issues in the trial court. <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004); <u>see</u> <u>also</u> <u>Sup. Ct. R.</u> 15(3) ("If the moving party intends to argue in the supreme court that a finding or conclusion is unsupported by the evidence or is contrary to the evidence, he shall include in the record a transcript of all evidence relevant to such finding or conclusion."); <u>Town of Nottingham v. Newman</u>, 147 N.H. 131, 137 (2001) (rules of appellate practice not relaxed for self-represented litigants).

In this case, the defendant has failed to provide a transcript of any hearings held in the trial court or any other record of the trial court proceedings sufficient to decide his issues on appeal or to demonstrate that he raised his issues in the trial court. <u>See</u> <u>Bean</u>, 151 N.H. at 250. Accordingly, we assume that the evidence was sufficient to support the trial court's order. <u>See</u> <u>Atwood v. Owens</u>, 142 N.H. 396, 396 (1997).

Moreover, the defendant has failed to identify any error by the trial court in denying his motion; nor has he provided any developed legal argument to support his appeal. <u>See</u> <u>Appeal of Omega Entm't</u>, 156 N.H. 282, 287 (2007) (judicial review not warranted for complaints regarding adverse rulings without developed legal argument).

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,
Clerk**
